UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CYNTHIA LUDWIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 3:13-cv-01123 |
| ) | |
| CAROLYN COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Plaintiff's Attorney's Motion for an Award of Attorneys Fees Under 42 U.S.C. 406(b), filed by the Plaintiff on August 25, 2016. (DE #38.) After due consideration, and noting that the Government does not object to the motion or amount requested (see DE #43),[1] the Court **GRANTS** the motion.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that the Defendant, Carolyn Colvin, in her capacity as Commissioner of the Social Security Administration, is hereby directed to pay Plaintiff's attorney fees in the amount of $18,052.75.

Upon receipt of the $18,052.75 fee, Plaintiff's counsel is ordered to refund the amount received under EAJA ($5,084.82) to Plaintiff.

**Dated: October 25, 2016**        **/s/Rudy Lozano**
                                    **Judge, United States District Court**

---

[1] The Government having inadvertently failed to file a response by the Court's deadline, filed a Motion for Leave to File Response *Instanter* (DE #42). That motion is **GRANTED**.